FILED

2003 DEC -3 P 12: 15

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID WATERS *Plaintiff,* | : | PRISONER NO. 3:03CV909(JBA)(JGM) |
| VS. | : | |
| MILLER AND BREEDLOVE *Defendants.* | : | DECEMBER 2, 2003 |

## APPEARANCE

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:

**PLEASE ENTER MY APPEARANCE** on behalf of all defendants in addition to any Appearances already on file in regards to the above-entitled matter.

Dated at Hartford, Connecticut, this 2nd day of December, 2003.

THE DEFENDANTS,
Miller and Breedlove

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Kathleen A. Keating
Assistant Attorney General
Federal Bar No. ct25247
110 Sherman Street
Hartford, CT 06105
Telephone No.: (860) 808-5450
Fax No.: (860) 808-5591
E-Mail: kathleen.keating@po.state.ct.us

**CERTIFICATION**

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid, this 2nd day of December, 2003, to:

David Waters, Inmate No. 141241
Bridgeport Correctional Center
1106 North Avenue
Bridgeport, CT  06604

_____
Kathleen A. Keating
Assistant Attorney General

2