FILED

2003 DEC 31  P 3: 52

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID WATERS | : | PRISONER |
| *Plaintiff* | : | 3:03CV909(JBA)(JGM) |
| | : | |
| VS. | : | |
| | : | |
| HEARING OFFICER FRED MILLER, ET AL. | : | |
| *Defendants* | : | DECEMBER 30, 2003 |

## <u>MOTION FOR EXTENSION OF TIME</u>

The defendants in the above-entitled matter hereby, by and through the undersigned counsel and pursuant to Local Rule 9(d) and Federal Rule of Civil Procedure 12, respectfully move for a 60 day extension of time within which to file an answer or otherwise respond to plaintiff's Complaint, up to and including March 1, 2003.   In support of this motion, the defendants represent the following:

1.     The schedule of undersigned counsel has been extremely hectic as she is new to this office, as she is defending the State in numerous other matters demanding her attention, and as she is beginning a trial, which is expected to last at least one week, on February 4, 2003 before the Honorable Stephan R. Underhill, United States District Court, District of Connecticut, Bridgeport;

2.     This complaint contains complex factual and legal allegations;

3.     Additional time is necessary in order for the defendants to review the complaint and pertinent documents in order to prepare an appropriate responsive pleading;

4.      This is the first motion for an extension of time in this matter as to a responsive pleading;

and,

5.      The undersigned counsel has not contacted counsel for the plaintiff to determine the

plaintiff's position with regard to this motion, since the plaintiff is pro se and is an inmate

currently confined to Bridgeport Correctional Center.

                                        DEFENDANTS,
                                        Hearing Officer Fred Miller, et al.

                                        RICHARD BLUMENTHAL
                                        ATTORNEY GENERAL

                                        BY: _____
                                        Kathleen A. Keating
                                        Assistant Attorney General
                                        Federal Bar No. ct25247
                                        110 Sherman Street
                                        Hartford, CT  06105
                                        Telephone:  (860) 808-5450
                                        E-mail:  kathleen.keating@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid, this 30th day of December, 2003, to:

David Waters
Inmate # 141241
Bridgeport Correctional Center
1106 North Avenue
Bridgeport, CT  06604

Kathleen A. Keating
Assistant Attorney General