UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT FILED

Jan 15  3 46 PM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN

DAVID WATERS

v.

MILLER, et al.

PRISONER
Case No. 3:03CV909 (JBA)(JGM)

RULING AND ORDER

Defendants' motion for extension of time until March 1, 2004, to respond to the complaint [**dkt. #9**] is **GRANTED**.

**SO ORDERED.**

Entered this 1st day of January, 2004, at New Haven, Connecticut.

JOAN G. MARGOLIS
UNITED STATES MAGISTRATE JUDGE