## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| | : | PRISONER |
| DAVID WATERS | : | 3:03CV909(JBA)(JGM) |
| *Plaintiff,* | : | |
| | : | |
| VS. | : | |
| | : | |
| DISCIPLINARY INV. FRED MILLER, ET AL. | : | |
| *Defendants.* | : | MARCH 9, 2004 |

### MOTION TO DISMISS

Pursuant to F.R.C.P. Rule 12(b), the defendants respectfully move to dismiss the plaintiff's complaint. The *pro se* inmate plaintiff appears to sue the State of Connecticut Department of Correction defendants pursuant to Title 42 USC § 1983, apparently alleging that the defendants violated his rights under the Due Process Clause of the Fourteenth Amendment to the United States Constitution. Specifically, the plaintiff seems to contest the issuance of a "false" disciplinary report to the plaintiff inmate while he was confined at MacDougall Walker Correctional Institution by the defendant Disciplinary Investigator Fred Miller, and the failure to investigate the issuance of the aforementioned report by the defendant Grievance Coordinator John Breedlove. The plaintiff seems to sue the defendants in their individual capacities. The plaintiff appears to seek compensatory money damages.

The defendants contend that there is no legal merit to the plaintiff's claims, as the plaintiff has no constitutionally guaranteed immunity from being falsely or wrongly accused of conduct which may result in the deprivation of a protected liberty interest, the plaintiff has no constitutional right to an investigation, the plaintiff has not alleged a deprivation with regard to prison conditions that gives rise to a due process violation, the

defendants are entitled to qualified immunity, and the plaintiff has failed to state a claim pursuant to the Prison Litigation Reform Act under 42 U.S.C. § 1997e(e), since the plaintiff did not allege a physical injury. A memorandum of law in support of this motion is attached hereto.

                                              DEFENDANTS,
                                              Disciplinary Inv. Fred Miller, et al.

                                              RICHARD BLUMENTHAL
                                              ATTORNEY GENERAL

                                              BY:_____
                                              Kathleen A. Keating
                                              Assistant Attorney General
                                              Federal Bar No. ct25247
                                              110 Sherman Street
                                              Hartford, CT  06105
                                              Telephone:  (860) 808-5450
                                              E-mail: kathleen.keating@po.state.ct.us

## **CERTIFICATION**

       I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid, this 9th day of March, 2004, to:

David Waters, Inmate No. 141241
Garner Correctional Institution
50 Nunnawauk Rd., P.O. Box 5500
Newtown, CT  06470

                                              _____
                                              Kathleen A. Keating
                                              Assistant Attorney General