UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DAVID WATERS

                                PRISONER
v.                         Case No.  3:03cv909 (JBA)

MILLER
JOHN BREEDLOVE

## J U D G M E N T

This cause came on for consideration on the defendants' motion to dismiss before the Honorable Janet Bond Arterton, United States District Judge.

On November 8, 2004, the court filed its Ruling on Defendants' Motion to Dismiss granting the motion and dismissing, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), any claim that either defendant failed to comply with applicable departmental directives.

Therefore, it is **ORDERED** and **ADJUDGED** that judgment is entered in favor of the defendants and the case is closed.

Dated at Bridgeport, Connecticut this 17th of November, 2004.

                                                    KEVIN F. ROWE, Clerk

                                                    By  /s/ Donna P. Thomas
                                                          Donna P. Thomas
                                                          Deputy Clerk

Entered on the Docket _____